**CIVIL RIGHTS COMPLAINT**
**42 U.S.C. § 1983**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

Esau S. Wright,

Full name of plaintiff/prisoner ID# 18000987

Plaintiff,

-against-

Tristan G. Cetto 9075
Madeline Singas
Sgt. David E. DiTieri

Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

Defendants.
---------------------------------------------------------------x

FILED CLERK
2018 MAR 26 AM 4:25
U.S. DISTRICT COURT
EASTERN DISTRICT

JURY TRIAL DEMAND
YES ✓   NO ____

CV-18 1934

BIANCO, J.
LOCKE, M.J.

RECEIVED
MAR 29 2018
EDNY PRO SE OFFICE

I.  Previous Lawsuits:

  A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?  Yes ( ) No (✓)

  B.  If your answer to A is yes, describe each lawsuit in the space below (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1. Parties to this previous lawsuit:

       Plaintiffs: _____
       _____

       Defendants: _____
       _____

    2. Court (if federal court, name the district; if state court, name the county)
       _____

    3. Docket Number: _____

4. Name of the Judge to whom case was assigned: _____

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: Nassau County Correctional Center

    A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )

    B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( ) No (✓)

    C. If your answer is YES,

        1. What steps did you take? _____

        2. What was the result? _____

    D. If your answer is NO, explain why not Non Grievable Issue

    E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No ( )

    F. If your answer is YES,

        1. What steps did you take? _____

        2. What was the result? _____

III. Parties:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff  Esau S. Wright

Address  100 Carman Ave, East Meadow, N.Y. 11554

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1
Tristan G. Cetto
Nassau County P.D. Detective
Arresting Officer

Defendant No. 2
Madeline Singas
Nassau County District
Attorney

Defendant No. 3
Sgt. David E. DiTieri
Nassau County P.D. Supervisor
who Authorized felony Complaint

Defendant No. 4

Defendant No. 5

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

IV. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

ON 2/10/18 I was falsely ARRESTED BY Det. T. CETTO ON A CRIME THAT Allegedly TOOK place on 11/3/17. THE ARResting officer HAD NO PROBABLE Cause TO ARREST Plaintiff AND HAD NO ARREST WARRANT Signed AND AUTHORIZED By an Local Criminal Court Judge. Plaintiffs 4th AND 14th Amendment RIGHTS WERE Violated. THE OFFICERS NAMED IN THIS CIVIL ACTION ARE Being SUED IN Their Individual AND Official Capacities Also Madeline Singas IS also Being NAMED as AN Defendant for Prosecuting An false Arrest AND Denying Plaintiff A 180.80 PROBABLE Cause Hearing. SHE IS Being SUED BOTH IN Her Individual AND Official Capacity. Please Be ADVISED Defendants might falsify THIS Document when made aware of THIS CIVIL ACTION.

IV. A    If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

_____
_____
_____
_____
_____
_____
_____

V. Relief:

State what relief you are seeking if you prevail on your complaint.

Plaintiff is seeking Immediate Release from custody And Monetary Compensation for each Day spent In custody. Said arrest led To plaintiff Being Terminated from employment. And Defendants should Be Terminated from Their Government Positions Because Their acts Violate The Constitution And Professional Standards.

I declare under penalty of perjury that on 3/19/18 (Date), I delivered this complaint to prison authorities to be mailed to the United States District Court for the Eastern District of New York.

Signed this 19th day of March, 20 18. I declare under penalty of perjury that the foregoing is true and correct.

E. D. Wright
Signature of Plaintiff

Nassau County Correctional Center
Name of Prison Facility

100 Carman Ave
East Meadow, N.Y. 11554
Address

18000987
Prisoner ID#